CRAIG CARPENITO
Acting United States Attorney
DANIEL J. GIBBONS
Assistant U.S. Attorney
970 Broad Street
Newark, N.J. 07102
Tel. (970) 645-2828
Fax (973) 297-2010
daniel.gibbons@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOMMIE H. TELFAIR,<br><br>   *Plaintiff,*<br><br> v.<br><br>JOHN POST, ET AL.<br><br>   *Defendants.* | HON.<br><br>*Civil Action No.*<br><br>CERTIFICATION OF SCOPE OF EMPLOYMENT |

  I, J. Andrew Ruymann, Chief, Civil Division, United States Attorney's Office for the District of New Jersey, acting pursuant to 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, certify that I have read the complaint in this action and all attachments thereto. On the basis of the information now available with respect to the allegations therein, I find that the individual defendants, John Post, Gregory Hilton, and Matthew Greimal, were acting within the scope of their employment as employees of the United States at the time of the conduct alleged in the complaint.

                                                CRAIG CARPENITO
                                                United States Attorney

                                   By:   J. ANDREW RUYMANN
                                                Chief, Civil Division

Dated: March 19, 2018